■ Leonard Vitale, an Infant, by His Father and Natural Guardian, Leonard Vitale, et al., Appellants, v Seth Singer et al., Respondents. — Order of the Supreme Court, Rockland County (Gurahian, J.), entered May 9, 1980, affirmed insofar as appealed from, without costs or disbursements (see *Nolechek v Gesuale,* 46 NY2d 332; *Guggenheimer v Ginzburg,* 43 NY2d 268, 275). Titone, J. P., Lazer, Weinstein and Thompson, JJ., concur.

■ Diane Weintraub, an Infant, by Her Father and Natural Guardian, Harry Weintraub, et al., Appellants, v Half Hollow Central School District, Respondent, et al., Defendants. — In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal (1) from an order of the Supreme Court, Suffolk County (Jaspan, J.), dated January 31, 1980, which granted the defendant school district's motion to dismiss the action as to it for failure to prosecute, and (2) as limited by their brief, from so much of an order of the same court, dated March 24, 1980, as, upon reargument, adhered to the prior determination. Appeal from order dated January 31, 1980 dismissed. Said order was superseded by the order made upon reargument. Order dated March 24, 1980 reversed insofar as appealed from; order dated January 31, 1980 vacated, and the school district's motion denied. Plaintiffs are awarded one bill of $50 costs and disbursements. Due to the serious nature of the infant plaintiff's injury and since a substantial portion of the delay in prosecution appears to have been caused by the defendants, this action should not be dismissed *(Carron v De Granpre,* 55 AD2d 712; *Batista v St. Luke's Hosp.,* 46 AD2d 806). Damiani, J. P., Gibbons, Cohalan and O'Connor, JJ., concur.

■ Kenneth Winkelstern, an Infant, by His Father and Natural Guardian, Robert W. Winkelstern, et al., Respondents, v Methodist Hospital of Brooklyn et al., Defendants, and Stanley Masters et al., Appellants. — In a medical malpractice action, defendants Masters, Zilka, Marino and Palladino appeal from (1) so much of an order of the Supreme Court, Kings County (Bernstein, J.), dated May 9, 1980, as denied their cross motion for summary judgment seeking to dismiss the plaintiffs' second cause of action, and (2) so much of a further order of the same court (Jones, J.), dated August 20, 1980, as upon reargument, adhered to the original determination. Appeal from the order dated May 9, 1980, dismissed as academic. Said order was superseded by the order dated August 20, 1980. Order dated August 20, 1980 affirmed insofar as appealed from. No opinion. The respondents are awarded one bill of $50 costs and disbursements to cover both appeals. Damiani, J P., Gibbons, Cohalan and O'Connor, JJ., concur.